**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

**JASMINE ROBERTSON**, on behalf of herself            Case No.: 1:23-cv-05120-PGG-VF
and all others similarly situated,

                                  Plaintiff,            **NOTICE OF VOLUNTARY**
                                                        **DISMISSAL WITH PREJUDICE**

                 -against-

**DIGMEE HOLDING COMPANY, INC.**
                                  Defendant.
------------------------------------------------------------x

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be

and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without

costs, or disbursements, or attorneys' fees to any party.


Dated:  Jericho, New York
         February 16, 2024

                                        Respectfully Submitted,

                                        */s/ Noor A. Saab, Esq.*
                                        By: Noor A. Saab Esq.
                                        *Attorney for Plaintiff*
                                        The Law Office of Noor A. Saab, Esq.
                                        380 North Broadway, Penthouse West
                                        Jericho, New York 11753
                                        Tel: 718-740-5060
                                        Email: noorasaablaw@gmail.com



**MEMO ENDORSED:**

**The Clerk of Court is directed to terminate the case.**


SO ORDERED.

_____
Paul G. Gardephe
United States District Judge

 Date:  February 20, 2024


1